**E-Filed 10/13/2010**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CHANEL, INC.,<br>a New York corporation,<br><br>                Plaintiff,<br><br>                v.<br><br>KWANG LEE a/k/a KWANG II LEE a/k/a KWANG I. LEE a/k/a KWANG IL LEE a/k/a KWANG ILLEE and HYO SOOK LEE a/k/a H O LEE a/k/a HYO S. LEE a/k/a HYO SOOK LEE HYO a/k/a HYOSOOK LEE, individually and jointly, d/b/a UNIMAX d/b/a UNIMAX WHOLESALE d/b/a UNI MAX d/b/a UNIMAX TRADING and DOES 1-10,<br><br>              Defendants. | Case Number 5:10-cv-4467 JF<br><br>**ORDER VACATING SHOW CAUSE HEARING SET FOR OCTOBER 15, 2010.** |

    On October 4, 2010, Plaintiff Chanel, Inc., ("Chanel") brought the instant action along with a request for a temporary restraining order and seizure order and an application for an order to show cause why a preliminary injunction should not issue.  On October 6, the Court denied Chanel's request for the temporary restraining order and seizure order, but granted the application for an order to show cause regarding a preliminary injunction and issued an order

Case Number 5:10-cv-4467 JF
ORDER VACATING SHOW CAUSE HEARING SET FOR OCTOBER 15, 2010.
(JFLC3)

1  preserving evidence.  The Order set a hearing on the preliminary injunction for Friday, October
2  15, on the condition that Chanel hand-serve Defendants copies of all pleadings and
3  documenting evidence it has filed in this matter by Friday, October 8, 2010, and provide proofs
4  of service to the Court by Tuesday, October 12, 2010.  The Order further provided that if
5  "Chanel does not hand-serve the papers as directed, it may instead notice a motion for a
6  preliminary injunction for the next available hearing date." Oct. 6, 2010 Order at 10.

7  On Tuesday, October 12, the Court received proof of service from Chanel indicating that
8  Defendants were served on Monday, October 11, 2010.  *See* Dkt. 20, 21.  Because the
9  conditions for the hearing have not been met, the order for an October 15 show cause hearing is
10 hereby vacated.  Chanel is free to contact the Court to obtain the next available hearing date if
11 they wish to pursue the preliminary injunction.  The Court's order preserving evidence remains
12 in effect.

14 **IT IS SO ORDERED.**

15 DATED: October __, 2010

16 JEREMY FOGEL
   United States District Judge

Case Number 5:10-cv-4467 JF
ORDER VACATING SHOW CAUSE HEARING SET FOR OCTOBER 15, 2010.
(JFLC3)